IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-01165-WYD-CBS

GORDON BAUER,

    Plaintiff,

v.

ASSET MANAGEMENT PROFESSIONALS, LLC, a Georgia limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Parties' Stipulation of Dismissal with Prejudice, [ECF No. 11], filed June 15, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Parties' Stipulation of Dismissal with Prejudice, [ECF no. 11], filed June 15, 2012, is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   June 18, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE